CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

April 30, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |  |
|---|---|---|---|
| TARA CARNICE RICHARDS, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. 7:25-cv-00182 | |
| | ) | | |
| v. | ) | **MEMORANDUM OPINION** | |
| | ) | | |
| UVA UNIVERSITY HOSPITAL EAST, | ) | By: | Hon. Thomas T. Cullen |
| and NICOLE DEAL, MD, | ) | | United States District Judge |
| | ) | | |
| Defendants. | ) | | |

Plaintiff Tara Carnice Richards, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against Defendants UVA University Hospital East and Nicole Deal, MD. (*See* ECF No. 1.)

On November 25, 2025, the court directed Plaintiff to provide the court with addresses at which Defendants can be served within 30 days to assist the clerk in notifying the Defendants of this action. (ECF No. 7.) The court advised Plaintiff that failure to timely provide the court with this information would result in dismissal of his claims against Defendants without prejudice. (*Id.* at 1.)

More than 30 days have passed, and Plaintiff has not provided the court with any addresses at which Defendants can be served.[1] Because Plaintiff has not complied with the court's order and has not provided the court with the addresses necessary to accomplish service in this case, the court will dismiss this action under Federal Rule of Civil Procedure

---

[1] On January 11, 2025, Plaintiff filed a letter notifying the court of her own address, but, to date, she has still not provided the court with any information about where the defendants can be served. (ECF No. 8.)

41(b). The court notes that this dismissal is without prejudice to Plaintiff's opportunity to refile her claims in a separate civil action, subject to the applicable statute of limitations.

The clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 30th day of April, 2026.

_/s/ Thomas T. Cullen_
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE